IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER M. GORMAN,

    Plaintiff,

vs.                                       CASE NO. 5:09cv241/RS-MD

DILLARD'S DEPARTMENT SOTRES; JAN
LINTZ, Individually and as Store Manager;
and STEVE McWHORTER, Individually and
as Department Manager,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 29) and Plaintiff's Objection (Doc. 31). I have considered Plaintiff's objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motion To Dismiss (Doc. 25) is **granted**, and this case is dismissed without prejudice.

3. Defendants' Alternative Motion To Stay This Action And To Compel Arbitration (Doc. 25) is denied as moot.

4. The clerk is directed to close the file.

**ORDERED** on September 3, 2010.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**